IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **JOHN PEIRCE** ) | | |
| ) | | |
| **Plaintiff,** ) | Civil Action No. 1-14-cv-01236-SCJ-AJB | |
| vs. ) | | |
| ) | | |
| **EQUIFAX INFORMATION** ) | | |
| **SERVICES, LLC.** ) | **STIPULATION AND ORDER OF** | |
| and ) | **DISMISSAL** | |
| **CREDIT BUREAU OF COUNCIL** ) | | |
| **BLUFFS, INC. d/b/a CREDIT** ) | | |
| **INFORMATION SYSTEMS** ) | | |
| ) | | |
| **Defendants.** ) | | |
| ) | | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff John Peirce and the Defendant Credit Bureau of Council Bluffs, Inc. d/b/a Credit Information Systems ("CIS"), that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action be dismissed with prejudice against CIS by its undersigned counsel, that Plaintiff dismisses his claims against CIS, as settled, with each party to bear their own costs incurred within.

SO ORDERED:

_____
Jones,                            U.S.D.J.

ENTERED this  _____ day of 2014.

We ask for this:

BY:  */s/ Jim M. Feagle*  
    Jim M. Feagle, Esquire  
    **SKAAR & FEAGLE, LLP**  
    108 East Ponce De Leon Avenue  
    Suite 204  
    Decatur, GA 30030  

BY:  */s/ Geoffrey Baskerville*  
    Geoffrey Baskerville  
    **FRANCIS & MAILMAN, P.C.**  
    Land Title Building, 19th Floor  
    100 South Broad Street  
    Philadelphia, PA 19110  

    *Attorneys for Plaintiff John Peirce*

BY:  */s/ Stephen Gabriel Lowe*  
    Stephen Gabriel Lowe, Esquire  
    **GONZALEZ, SAGGIO & HARLAN, LLP**  
    Atlanta Financial Center  
    Suite 920, North Tower  
    3353 Peachtree Road, N.W.  
    Atlanta, GA 30326  

    *Attorneys for Defendant Credit Bureau of Council Bluffs, Inc. d/b/a Credit Information Systems*